# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

NAOMI MCGHEE, individually and on behalf of others similarly situated,

  Plaintiff,

  vs.

HOUSEMAX, INC.

  Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. 6:19-cv-03371-MDH

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HouseMax, Inc. ("HouseMax"), by and through counsel, states that it has no parent company and there are no publicly-held corporations owning 10% or more of its stock.

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By:   /s/ Shannon D. Johnson
    Shannon D. Johnson, MO #60180
    Curry P. Sexton, MO #71595
    2323 Grand Boulevard, Suite 1000
    Kansas City, Missouri 64108
    T: 816-421-4460
    F: 816-474-3447
    sjohnson@sb-kc.com
    csexton@sb-kc.com
    *Attorneys for Defendants*

1526069v1

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, the foregoing was filed electronically and served on all parties of interest receiving electronic notices in the above-captioned proceedings through the Court's CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

Dennis Neil Smith, Jr.
The Smith Law Firm, LLC
231 South Bemiston Avenue, Ste. 800
Clayton, Missouri 63105
314.725.4400
neil@smithlawfirm.com

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Ste. 2400
Hingham, Massachusetts 02043
508.221.1510
anthony@paronichlaw.com

Samuel J. Strauss
Turke & Strauss LLP
613 William Street, Ste. 201
Madison, Wisconsin 53703
608.237.1775
sam@turkestrauss.com

*Attorneys For Plaintiff*

/s/ Shannon D. Johnson
*Attorney for Defendants*

1526069v1

2