# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| NAOMI MCGHEE, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 6:19-cv-03371-MDH |
| HOUSEMAX, INC. | ) ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER
## AND SUGGESTIONS IN SUPPORT

Plaintiff Naomi McGhee and Defendant House Max, Inc. d/b/a HouseMax ("HouseMax") (and together with McGhee, the "Parties"), by and through counsel, and pursuant to Fed. R. Civ. P. 26(c) and Local Rule 7.0, file this Joint Motion for Entry of Protective Order to ensure the protection and secrecy of the Parties' information and documents. In support of this Motion, the Parties state that good cause exists for entry of the attached proposed Protective Order, as follows:

1.      This is a proposed class action in which Plaintiff has brought claims for alleged violations of federal law pursuant to the Telephone Consumer Protection Act.  During the course of discovery in this case, the Parties anticipate that they will produce certain documents containing confidential or proprietary information, including but not limited to information relating to confidential business practices and trade secrets, class-wide personal information, financial information, and other documents containing private, personal, and confidential business or proprietary information.

1

1540451v1

2.  For the purpose of maintaining the confidentiality of such information that will or may be produced and discussed in this litigation, the Parties jointly move for entry of the proposed Protective Order provided to the Court contemporaneously herewith.

3.  The Parties have discussed and agreed upon the terms in the proposed Protective Order.

4.  The entry of this Protective Order is appropriate because the Parties' substantial interests in maintaining the confidentiality of their respective confidential business and proprietary information to be disclosed during the course of discovery in this lawsuit, including but not limited to the personal and confidential information of putative class members, substantially outweighs the public's interest in viewing the information.

5.  The entry of the proposed Protective Order will not prejudice or cause harm to any of the Parties and is not sought for any improper purpose.

WHEREFORE, the Parties jointly and respectfully request that the Court enter the proposed Protective Order provided to the Court, and for such further relief as the Court deems just and proper.

Jointly and Respectfully Submitted:

/s/ Dennis Neil Smith, Jr.
Dennis Neil Smith, Jr., MO #56789
The Smith Law Firm, LLC
231 South Bemiston Avenue, Ste. 800
Clayton, Missouri 63105
T: 314.725.4400
neil@smithlawfirm.com

Anthony Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Ste. 2400
Hingham, Massachusetts 02043
T: 508.221.1510
anthony@paronichlaw.com

2

Samuel J. Strauss, *pro hac vice*
Turke & Strauss LLP
613 William Street, Ste. 201
Madison, Wisconsin 53703
T: 608.237.1775
sam@turkestrauss.com

*Attorneys for Plaintiff Naomi McGhee*

- *And –*

By:    /s/ Shannon D. Johnson
Shannon D. Johnson, MO #60180
Curry P. Sexton, MO #71595
Seigfreid Bingham, P.C.
2323 Grand Boulevard, Suite 1000
Kansas City, Missouri 64108
T: 816-421-4460
F: 816-474-3447
sjohnson@sb-kc.com
csexton@sb-kc.com

*Attorneys for Defendant House Max, Inc.*

3