**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| NAOMI MCGHEE, Individually and on Behalf of Others Similarly Situated, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) Case No. 6:19-cv-03371-MDH |
| HOUSEMAX, INC., | ) ) |
| Defendant. | ) |

**<u>NOTICE OF SETTLEMENT</u>**

NOTICE IS HEREBY GIVEN that this action has been settled in its entirety, on an individual basis only. The parties anticipate filing within thirty (30) days a joint stipulation to dismiss with prejudice as to the individual claims, and without prejudice as to the putative claims.

The parties jointly and respectfully request that all pending dates and filing requirements be vacated.

**IT IS SO STIPULATED.**

Dated: June 5, 2020

**PARONICH LAW, P.C**
*Attorneys for Plaintiff*


By: /s/ *Anthony Paronich*
Anthony Paronich
350 Lincoln Street – Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com


**KLEIN MOYNIHAN TURCO LLP**
*Attorneys for Defendant HouseMax, Inc.*

By: /s/ *Neil E. Asnen*
Neil E. Asnen (admitted *pro hac vice)*
450 Seventh Avenue – 40th Floor
New York, NY 10123
(212) 246-0900
nasnen@kleinmoynihan.com