**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| NAOMI MCGHEE, Individually and on Behalf of Others Similarly Situated, | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | Case No. 6:19-cv-03371-MDH |
| HOUSEMAX, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, Naomi McGhee, and defendant, HouseMax, Inc., by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Naomi McGhee's individual claims against defendant HouseMax, Inc., and without prejudice as to the claims of the putative class members against defendant HouseMax, Inc.

**IT IS SO STIPULATED.**

Dated: June 11, 2020         **PARONICH LAW, P.C**

By:    /s/ *Anthony Paronich*
          Anthony Paronich
*Attorneys for Plaintiff*

**SEIGFREID BINGHAM, P.C.**

By:    /s/ *Shannon Cohorst Johnson*
          Shannon Cohorst Johnson
*Attorneys for Defendant HouseMax, Inc.*