IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NAOMI McGHEE, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 6:19-cv-03371-MDH ) |
| HOUSEMAX, INC., | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is plaintiff, Naomi McGhee, and defendant, HouseMax, Inc.'s Stipulation of Voluntary Dismissal with Prejudice Fed.R.Civ.P. 41(a)(1)(A)(ii) (Doc. 27), stipulating to dismissal with prejudice as to Naomi McGhee's individual claims against defendant HouseMax, Inc., and without prejudice as to the claims of the putative class members against defendant HouseMax, Inc.

After reviewing the stipulation, the Court hereby GRANTS the parties' motion and hereby dismisses with prejudice Naomi McGhee's individual claims against defendant HouseMax, Inc., and dismisses without prejudice the claims of the putative class members against defendant HouseMax, Inc.

This case is hereby dismissed in its entirety with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED:   June 15, 2020

                                                     */s/ Douglas Harpool*
                                                   **DOUGLAS HARPOOL**
                                                   **UNITED STATES DISTRICT JUDGE**